#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF GEORGIA
#### VALDOSTA DIVISION

| | |
|---|---|
| SHANIQUA REYNOLDS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:25-CV-60 (LAG) |
| : | |
| CROWN HEALTH CARE LAUNDRY : | |
| SERVICES LLC, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

On October 30, 2025, the Court held a discovery hearing to address Plaintiff's counsel's failure to participate in the Rule 26 planning process. (Doc. 15). Thereafter, the Court entered an order allowing Defendant to submit travel costs for the hearing as sanctions against opposing counsel. (*See id.*). Defendant timely submitted its travel costs. (Doc. 17). Therein, Defendant requests $2,077.05 for time and expenses incurred in connection with attending the hearing. (*Id.* at 2). Plaintiff makes no objection to Defendant's request. (*See* Docket).

Under Fed. R. Civ. P. 37(f), "[i]f a party or its attorney fails to participate in good faith in developing and submitting a proposed discovery plan as required by Rule 26(f), the court may, after giving an opportunity to be heard, require that party or attorney to pay to any other party the reasonable expenses, including attorney's fees, caused by the failure." Fed. R. Civ. P. 37(f). Imposing sanctions under Fed. R. Civ. P. 37 "is within the discretion of the district court." *World Wide Polymers, Inc. v. Shinkong Synthetic Fibers Corp.*, 694 F.3d 155, 159 (2d Cir. 2012) (quoting *John B. Hull, Inc. v. Waterbury Petroleum Prods., Inc.*, 845 F.2d 1172, 1176 (2d Cir. 1988)). "The text of the rule requires only that the district court's orders be just and the district court has wide discretion in imposing sanctions under this rule." *Held v. Silver*, No. 3:10-CV-00992 CSH, 2013 WL 5818561 (D. Conn. Oct. 29,

2013) (citations omitted) (alterations in original). The Court, therefore, **ORDERS** that Plaintiff pay Defendant $2,077.05 for the reasonable time and expenses incurred preparing for and attending the hearing.

      **SO ORDERED**, this 9th day of January, 2026.

                              /s/ Leslie A. Gardner
                              **LESLIE A. GARDNER, CHIEF JUDGE**
                              **UNITED STATES DISTRICT COURT**