**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| SHANIQUA REYNOLDS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-60 (LAG) |
| | : | |
| CROWN HEALTH CARE | : | |
| LAUNDRY SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw as Counsel (Doc. 22) and Defendant's Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. 23). In submitting the Motion to Withdraw as Counsel, Plaintiff's counsel has not complied with Local Rule 83.1.4. (*See generally* Doc. 22). Defendant's Motion to Extend Discovery and Dispositive Motion Deadlines seeks to extend discovery for ninety (90) days from the date the Court rules on Plaintiff's Motion to Withdraw as Counsel. (*See* Doc. 23 at 4). Plaintiff, Plaintiff's counsel, and Defendant's counsel are hereby **ORDERED** to appear in person on **Wednesday, July 29, 2026**, at **10:30 a.m.** in the Court's **Valdosta** courthouse.

**SO ORDERED**, this 30th day of June, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**